# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( __ Amended _____ )

| | | |
|---|---|---|
| Case No.   SACR 11-00143-CJC | | Date   July 30, 2012 |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Maria Dellaneve | Todd T. Tristan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Scott Anthony Murphy | ☐ | X | James D. Riddet | X | ☐ | ☐ | None |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   Contested   X   Non-Evidentiary

Day ___ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

____ Imprisonment for  Years/months   on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

____ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

____ Perform _____ hours of community service.
____ Serve _____ in a CCC/CTC.
____ Pay $_____ fine amounts & times determined by P/O.
____ Make $_____ restitution in amounts & times determined by P/O.
____ Participate in a program for treatment of narcotic/alcohol addiction.
____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
____ Other conditions: _____

____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

____ Pay $_____ per count, special assessment to the United States for a total of $_____

____ Imprisonment for  months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant informed of right to appeal.

____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.

**X** Bond exonerated   ____ upon surrender   ____ upon service of _____

____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

____ Issued Remand/Release   # _____

____ Present bond to continue as bond on appeal.   ____ Appeal bond set at $_____

____ Filed and distributed judgment. ENTERED.

**X** Other   Transcript ordered sealed until further order of the Court.

_____ : 22

Initials of Deputy Clerk   mu

cc: